

## UNITED STATES DISTRICT COURT

Western District of Texas

U.S. Pretrial Services Office

July 15, 2021

**Austin Supervisor**

Amanda R. Ceballos

**Carlos J. Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief

**Oscar Torres**
**Ivonne Castanon**
Assistant Deputy Chief

Reply to:
501 W. 5th Street, #3200
Austin, TX  78701
512-916-5297

United States Magistrate Judge
c/o U.S. Magistrate Courtroom Deputy
U.S. Courthouse
501 West 5th Street, Suite 3200
Austin, TX 78701

Re:   Charles Zenker
      CASE NO.: 1:20CR00289-1
      **BOND VIOLATION – NO ACTION REQUESTED**

Honorable Magistrate Judge:

On December 7, 2021, Charles Zenker was released by the Honorable Andrew Austin, U.S. Magistrate Judge, on a personal recognizance bond with pretrial supervision. The defendant is scheduled for docket call on September 9, 2021 for Count 1: Title 21 Section 846: Conspiracy to Distribute Controlled Substance – LSD, Methamphetamine, and Fentanyl.

On June 30, 2021, the defendant submitted a positive cocaine test. On July 12, 2021, the defendant initial denied any use of illicit drugs.

On July 13, 2021, the defendant's attorney, Jeff Senter, left supervising officer, Kyona Stubbs, a voice message indicating the defendant would like to amend his original denial statement.

On July 14, 2021, supervising officer, Kyona Stubbs, spoke with Mr. Senter, and he advised the defendant was ready to admit his wrong and will contact officer shortly.

On July 14, 2021, the defendant called officer and admitted to using cocaine.

The defendant's conditions of release are to participate in a program of inpatient or outpatient substance abuse therapy and counseling and submit to testing for a prohibited substance if directed by pretrial services office or supervising officer.

This officer respectfully recommends that the defendant be afforded the opportunity to participate in intensive outpatient treatment and increased substance abuse testing as previously ordered by the Court.

Assistance United States Attorney Mark Marshall has been apprised of this matter and concurs with the recommendation of Pretrial Services.

Respectfully,

*Kyona Stubbs*

Kyona Stubbs
U.S. Pretrial Services Officer
512-391-8779

*Amanda R. Ceballos*

Amanda R. Ceballos
Supervisory U.S. Pretrial Services Officer

cc:     U.S. District Judge      U.S. Attorney    Defense Counsel

The Court does concur  ✔         The Court does not concur  ☐

ORDER OF COURT
Considered and ordered this  20th  day of
July, 2021  and ordered filed
and made part of the records in the above case.

_____
U.S. Magistrate Judge